**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN THE INTEREST OF: S.S.W., A MINOR | : No. 685 MAL 2021 |
| | : |
| | : |
| PETITION OF: A.M., MOTHER | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 8th day of February, 2022, the Application for Leave to Amend and Petition for Allowance of Appeal are **DENIED.**